UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT CR 06-281 JNE/FLN |
| Plaintiff, ) | |
| ) | (29 U.S.C. § 501(c)) |
| v. ) | |
| ) | |
| TIMOTHY J. PULVERMACHER, ) | |
| ) | |
| Defendant. ) | |

THE UNITED STATES GRAND JURY CHARGES:

### COUNT 1
Theft and Embezzlement from Labor Organization
29 U.S.C. § 501(c)

1.  From in or about March 2001 through in or about September 2002, defendant TIMOTHY J. PULVERMACHER, a resident of Plymouth, Minnesota, was an officer and employee of Local 9444, United Steelworkers of America (USWA), located in Minneapolis, Minnesota. Defendant PULVERMACHER was the Financial Secretary for Local 9444 entrusted with making entries in the union's financial records, receiving payments made to the union, and countersigning checks.

2.  Local 9444 was a labor organization covering employees of two circuit board manufacturing companies in Minnesota.

3.  From in or about March 2001 through in or about September 2002, in the State and District of Minnesota, the defendant,

TIMOTHY J. PULVERMACHER,

did knowingly and wilfully embezzle, steal and convert to his own use, approximately $29,062.10 in monies, funds and property of his employer, Local 9444, USWA, a labor organization engaged in an

SCANNED
SEP 0 8 2006
U.S. DISTRICT COURT MPLS

FILED SEP 7 2006
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED_____
DEPUTY CLERK'S INITIALS_____

U.S. v. TIMOTHY J. PULVERMACHER

industry affecting commerce, in violation of Title 29, United States Code, Section 501(c).

                        A TRUE BILL

_____        _____
UNITED STATES ATTORNEY              FOREPERSON